[S. F. No. 5581. In Bank.—October 3, 1910.]

E. D. AND A. L. STONE COMPANY (a Corporation), Appellant, v. PHILLIP REILLY et al., Constituting the Elmhurst Sanitary Board of the Elmhurst Sanitary District, etc., Respondents.

SANITARY DISTRICT—ANNEXATION TO MUNICIPALITY.—Judgment reversed on the authority of the *Matter of the East Fruitvale Sanitary District, ante,* p. 453.

APPEAL from a judgment of the Superior Court of Alameda County. John Ellsworth, F. B. Ogden, and T. W. Harris, Judges.

The facts involved are similar to those stated in the *Matter of the East Fruitvale Sanitary District, ante,* p. 453.

Heller, Powers & Ehrman, and Sydney Schlesinger, for Appellant.

T. S. Gray, Reed, Black & Reed, J. J. Allen, and Snook & Church, for Respondent.

THE COURT.—This action was brought by the plaintiff, a property-owner within the limits of the Elmhurst Sanitary District, to enjoin the defendants, members of the sanitary board of said district, from issuing bonds of the district to the amount of seventy-five thousand dollars, or from making or carrying out any contracts for the construction of a sewer system for said district. The court entered judgment in favor of the defendants, and the plaintiff appeals.

The facts concerning the *status* of said district and its right

to make contracts or issue bonds are, in effect, the same as those disclosed in the *Matter of the Petition of the Sanitary Board of the East Fruitvale Sanitary District*. (S. F. No. 5575), *ante*, p. 453, [111 Pac. 368], and upon the authority of that case it must be held that the sanitary district was dissolved and the powers of its sanitary board terminated upon the annexation of the district to the city of Oakland.

The judgment is reversed, with directions to the trial court to enter a judgment in favor of plaintiff as prayed for in its complaint.

Rehearing denied.